

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00756-CR

**IN RE** Hisidoro D. **RAMON**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On January 3, 2017, Relator filed a motion for rehearing. On January 13, 2017 Relator filed a Motion for Extension of Time to allow Relator more time to obtain documents relating to his motion for rehearing. The panel has considered the motions and both are DENIED.

It is so **ORDERED** on January 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. B15-33, styled *State of Texas v. Hisidoro D. Ramon, Jr.,* pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Rex Emerson presiding.